HARTFORD FIRE INS. CO. v. PIERCE

No. 420A97

Case below: 127 N.C.App. 123

Joint motion to dismiss appeal allowed 5 February 1998.

HOWELL v. CLYDE

No. 569P97

Case below: 127 N.C.App. 717

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

HUANG v. WANG

No. 573P97

Case below: 127 N.C.App. 750

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

IN RE VAN KOOTEN

No. 400A97

Case below: 126 N.C.App. 764

Motion by respondent (Tony Van Kooten) to dismiss appeal allowed 5 February 1998.

J.R.N., INC. v. RANKIN-PATTERSON OIL CO.

No. 598P97

Case below: 127 N.C.App. 560

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 February 1998.